IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC.; BAYERISCHE MOTOREN WERKE AG; BMW OF NORTH AMERICA, LLC; DAIMLER AG; MERCEDES-BENZ USA, LLC; NISSAN MOTOR COMPANY, LTD.; NISSAN NORTH AMERICA, INC.; TESLA, INC.; TESLA MOTORS TX, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; GENERAL MOTORS COMPANY; AND GENERAL MOTORS LLC,<br><br>    Defendants. | Civil Action No. 2:21-cv-54<br><br>Judge Rodney Gilstrap<br><br>**JURY TRIAL DEMANDED** |

## GENERAL MOTORS LLC'S UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS FOR IMPROPER VENUE, OR ALTERNATIVELY, TO TRANSFER

Defendant General Motors LLC ("GM") files this Unopposed Motion to Withdraw its Motion to Dismiss for Improper Venue, or Alternatively, to Transfer (Dkts. 82, 95). Counsel for the parties met and conferred on this Motion to Withdraw, and Plaintiff Arigna Technology Limited does not oppose the Motion to Withdraw, and further, does not oppose GM's answering the complaint by June 1, 2021. GM hereby requests that the Court GRANT the instant Unopposed Motion to Withdraw Motion to Dismiss for Improper Venue, or Alternatively, to Transfer (Dkts. 82, 95) from the record, and that GM be permitted to answer the complaint by June 1, 2021. GM reserves all rights to argue issues regarding venue convenience.

DATED: May 10, 2021

By:    */s/ Marissa R. Ducca*
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Victoria F. Maroulis (*admitted to practice in the Eastern District of Texas*)
*Lead Trial Counsel*
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood City, CA 94065
Telephone:    (650) 801 5000
Facsimile:    (650) 801 5100

Marissa Ducca (*admitted to practice in the Eastern District of Texas*)
marissaducca@quinnemanuel.com
1300 I St NW, Suite 900
Washington, D.C. 200005
Telephone:    (202) 538 8000
Facsimile:    (202) 538 8100

Mann | Tindel | Thompson
G. Blake Thompson (State Bar No. 24042033)
blake@themannfirm.com
J. Mark Mann (State Bar No. 12926150)
mark@themannfirm.com
201 E. Howard St.
Henderson, TX 75654
Telephone:    (903) 657-8540
Facsimile:    (903) 657-6003

*Counsel for Defendant General Motors LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 10, 2021.

*/s/ Marissa R. Ducca*
Marissa Ducca

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that she has complied with the meet and confer requirement in Local Rule CV-7(h) and this motion is unopposed.

*/s/ Marissa R. Ducca*

Marissa R. Ducca