# EXHIBIT 6

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION


ARIGNA TECHNOLOGY LIMITED,        Case No.

     Plaintiff,              2:21-CV-0054-JRG-RSP

vs.

VOLKSWAGEN AG et al.,

     Defendants.

_____



REMOTE VIDEOTAPED DEPOSITION OF

CARL SECHEN, PH.D.

September 20, 2021

1:41 p.m. CST




Reported by:

Janice M. Kocek, CSR, CLR

Job No. 50895

## Page 2

```
 1        The remote videotaped deposition of
 2   CARL SECHEN, PH.D., called by the Defendants for
 3   examination, pursuant to the Federal Rules of
 4   Civil Procedure for the United States District
 5   Courts pertaining to the taking of depositions,
 6   reported stenographically by Janice M. Kocek,
 7   CSR, CLR, commencing at the hour of 1:41 p.m. CST
 8   on the 20th day of September, 2021.
 9
10                         * * *
```

## Page 3

```
 1   A P P E A R A N C E S:
 2     ** ALL PARTIES APPEARING REMOTELY **
 3
 4   ON BEHALF OF THE PLAINTIFF ARIGNA TECHNOLOGY LIMITED:
 5      SUSMAN GODFREY LLP
 6      1201 Third Avenue, Suite 3800
 7      Seattle, Washington  98101-3000
 8      206.516.3880
 9      BY: ANDRES HEALY, ESQ.
10         ahealy@susmangodfrey.com
11         DANIELLE NICHOLSON, ESQ.
12         dnicholson@susmangodfrey.com
13
14   ON BEHALF OF THE DEFENDANTS VOLKSWAGEN AG AND
15   VOLKSWAGEN GROUP OF AMERICA, INC.:
16      FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
17      1875 Explorer Street, Suite 800
18      Reston, Virginia  20190-6023
19      571.203.2700
20      BY: ELLIOT C. COOK, ESQ.
21         elliot.cook@finnegan.com
22         DANIEL M. JORDAN, ESQ.
23         dan.jordan@finnegan.com
```

## Page 4

```
 1   A P P E A R A N C E S: (Continued)
 2
 3   ON BEHALF OF DEFENDANTS BMW OF NORTH AMERICA, LLC
 4   AND BAYERISCHE MOTOREN WERKE AG:
 5      FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
 6      1875 Explorer Street, Suite 800
 7      Reston, Virginia  20190-6023
 8      571.203.2700
 9      BY: BRADFORD C. SCHULZ, PH.D., ESQ.
10         bradford.schulz@finnegan.com
11         -and-
12      Stanford Research Park
13      3300 Hillview Avenue, 2nd Floor
14      Palo Alto, California  94304-1203
15      650.849.6600
16      BY:  SNEHA NYSHADHAM, ESQ.
17         sneha.nyshadham@finnegan.com
18
19   ON BEHALF OF DEFENDANT GENERAL MOTORS LLC:
20      QUINN EMANUEL URQUHART & SULLIVAN, LLP
21      1300 I Street NW, Suite 900
22      Washington, DC  20005
23      202.538.8000
24      BY: MARISSA R. DUCCA, ESQ.
25         marissaducca@quinnemanuel.com
```

## Page 5

```
 1   A P P E A R A N C E S: (Continued)
 2
 3   ON BEHALF OF DEFENDANTS NISSAN NORTH AMERICAN,
 4   INC., AND NISSAN MOTOR COMPANY, LTD.:
 5      SHOOK HARDY & BACON LLP
 6      2555 Grand Boulevard
 7      Kansas City, Missouri  64108-2613
 8      816.474.6550
 9      BY: MARY J. PEAL, ESQ.
10         mpeal@shb.com
11
12   ON BEHALF OF DEFENDANTS MERCEDES-BENZ USA, LLC
13   AND DAIMLER AG:
14      HOGAN LOVELLS US LLP
15      Columbia Square
16      555 Thirteenth Street, NW
17      Washington, D.C.  20004
18      202.804.7859
19      BY: YI (SALLY) ZHANG, ESQ.
20         yi.zhang@hoganlovells.com
```

### Page 6

APPEARANCES: (Continued)

ON BEHALF OF DEFENDANTS ADC AUTOMOTIVE DISTANCE CONTROL SYSTEMS GMBH & CONTI TEMIC MICROELECTRONIC GMBH AND CONTINETNAL AG:
  RATNERPRESTIA
  2200 Renaissance Boulevard, Suite 350
  King of Prussia, Pennsylvania  19406
  610.407.0700
  BY: CHRISTOPHER H. BLASZKOWSKI, ESQ.
    cblaszkowski@ratnerprestia.com

ON BEHALF OF THE DEFENDANTS TESLA MOTORS TX, INC. AND TESLA INC.:
  COOLEY LLP
  1299 Pennsylvania Avenue NW, Suite 700
  Washington, DC  20004
  202.842.7800
  BY: ADAM PIVOVAR, ESQ.
    apivovar@cooley.com

ALSO PRESENT:
  JOE TOWNSEND, Legal Videographer

### Page 7

INDEX

TESTIMONY OF CARL SECHEN, PH.D.                PAGE
  EXAMINATION By MR. COOK              10

DEPOSITION EXHIBITS
NUMBER      DESCRIPTION                  PAGE
Exhibit 1   Declaration of Dr. Carl Sechen    14
Exhibit 2   Plaintiff Arigna Technology's     15
            Preliminary Claim Constructions
            and Extrinsic Evidence
Exhibit 3   United State Patent               20
            7,397,318 B2
            ARIGNA-054_00000147-00000157
Exhibit 4   Patent Abstracts of Japan         81
            Application:  2003-109343
            ARIGNA-054_00000068-00000078
Exhibit 5   Modern Dictionary of             100
            Electronics
Exhibit 6   United States Patent             106
            6,404,347 B1
Exhibit 7   Exhibit B, Modern Dictionary     114
            of Electronics

### Page 8

THE VIDEOGRAPHER:  Here begins the videotaped deposition of Carl Sechen taken in the matter of Arigna Technology Limited v. Volkswagen AG, et al., in the United States District Court for the Eastern District of Texas, Marshall Division, Case No. 2:21-cv-00054-JRG-RSP.

Today's date is September 20th, 2021.  The time is 1:41 p.m. Central.  This deposition is being held remotely via Zoom videoconference.

The court reporter is Janice Kocek.  I am Joe Townsend, the video camera operator.  We're both here on behalf of Henderson Legal Services.

Would counsel and others, please, introduce themselves and state whom they represent.

MR. HEALY:  My name is Andres Healy.  I represent Arigna Technology Limited.  I'm here on behalf of Arigna and the witness, Dr. Sechen.

MR. COOK:  Good afternoon.  This is Elliot Cook from the law firm of Finnegan on behalf of the two Volkswagen defendants.

### Page 9

And also with me on the line on behalf of Volkswagen, we have Dan Jordan.  I'll leave it to the other defense counsel, please, to introduce themselves.

MS. DUCCA:  This is Marissa Ducca from the law firm Quinn Emanuel Urquhart & Sullivan on behalf of GM LLC.

MR. BLASZKOWSKI:  This is Chris Blaszkowski of RatnerPrestia on behalf of the Continental defendants.

MR. SCHULZ:  This is Bradford Schulz of the Finnegan law firm representing the BMW defendants.  And also with me is Sneha Nyshadham.  She's also with BMW as well.

MS. PEAL:  This is Mary Peal from Shook, Hardy & Bacon on behalf of the Nissan defendants, Nissan North America, Nissan Motor Company.

MR. COOK:  Anybody else?

MS. ZHANG:  This is Yi Zhang from Hogan Lovells representing Daimler AG and Mercedes-Benz USA.

MR. PIVOVAR:  This is Adam Pivovar of the Cooley LLP law firm on behalf of the Tesla defendants.

110

1  Q. Is capacitor C1 not directly connected
2  to 4 and L1?
3      MR. HEALY: Object to the form.
4      THE WITNESS: Well, certainly it's
5  connected, as I've defined "connected." But
6  is it directly connected? No, there's --
7  you know, there's an intermediate component.
8      You wouldn't say C1 is directly
9  connected to L1 because there's this wire
10 going off to 4. And so there's not -- the
11 current is diverting -- somewhere on the
12 current is diverting there.
13 BY MR. COOK:
14 Q. And at the top end of C1, is it your
15 opinion that C1 is not directly connected to
16 point 1 and L4 or is that an indirect connection?
17     MR. HEALY: Object to the form.
18     THE WITNESS: Well, technically -- I
19 mean, first of all, according to my
20 definition, they are connected. You know,
21 C1 is connected to both 1 and L4. But it's
22 technically an indirect connection.
23 BY MR. COOK:
24 Q. Sir, next I'd like to please take a
25 look at Figure 1 of the '318 patent. So this is

111

1  Exhibit 3, please.
2      Please let me know when you're there.
3  A. Yeah, I have it.
4  Q. In terms of Figure 1, do you see the
5  ground coming off of the top of resistor 12?
6  A. Yes.
7  Q. What is typically the voltage of a
8  ground?
9  A. Well, for DC it would be zero volts.
10 But you know, usually that's what it, you know,
11 typically is. But for AC it can be anything, any
12 fixed voltage.
13 Q. According to the '318 patent, does
14 Figure 1 utilize DC or AC voltage sources?
15 A. Well, you know, again, I -- I would
16 say it's a -- as I use the dictionary definition
17 and that's consistent with my teachings and --
18 it's affixed voltage. That -- therefore, it's an
19 AC ground. And it's a fixed reference voltage.
20     And if you look at Figure 2, you can
21 see that, you know, they want the voltage to --
22 at X to be really close to zero. And if you make
23 that top of resistor 12 exactly zero, you can't
24 really achieve that. You know, you can't really
25 get X really close to zero.

112

1  So -- you know, so a POSITA would know
2  that, you know, you'd probably be better off
3  slightly -- at least slightly above zero at the
4  top of 12. At least slightly. And furthermore,
5  any curve in Figure 2 between the second
6  embodiment and first embodiment would be, first
7  of all, substantially better than the background
8  art. So --
9  Q. Go ahead.
10 A. So anyway, you know, the teaching is
11 that is -- is clear that any voltage at the top
12 of 12 that's appreciably less than what the prior
13 art would use would be a big improvement.
14 Q. In Figure 2, what does the dashed line
15 representing?
16 A. You mean the box 22?
17 Q. I'm sorry. So in Figure 2, sir.
18 A. Figure 2. Zero volts?
19 Q. Yes.
20     What is that representing?
21 A. That they would like the voltage at X
22 to be as high as zero for the first embodiment.
23 Q. Does that indicate to you that the
24 grounds above resistor 12 would be zero volts
25 according to Figure 2?

113

1  A. No, because you couldn't get zero at X
2  if that was ground because that resistor would
3  have to be, you know, milliohms or something,
4  like super tiny, and then you wouldn't get any
5  dynamic range on the voltage X to get to the
6  bottom of the varactor. So it wouldn't work.
7      And now, if you put a bigger resistor
8  at 12, you get range but then the current would
9  have to be so tiny so you still get zero volts at
10 X that the transistor would not be on.
11     So you know, if you want to achieve
12 the curve that's the bottom last one on Figure 2,
13 the bottom-most one, you're really going to have
14 to have a voltage there at -- at the top of 12
15 that's a little bit above zero, to be honest.
16 Q. Are there any specific examples in the
17 '318 patent of a non-zero ground -- a non-zero
18 voltage ground?
19     MR. HEALY: Object to the form.
20     Sorry. Object to the form.
21     My box didn't light up again.
22     THE WITNESS: It's not stated. And
23 like I said, that ground symbol is also used
24 universally for AC ground. And that
25 represents any power supply.

---

114

1  So you know, it -- and again, a
2  person of ordinary skill in the art would --
3  would -- would just know from looking at
4  Figure 2 and the topology of Figure 1 that a
5  voltage at the top of 12 would be better off
6  to be above zero.
7  BY MR. COOK:
8      Q.   I'm going to introduce next Exhibit 7.
9          (Sechen Deposition Exhibit 7
10          was marked for identification.)
11 BY MR. COOK:
12     Q.   And, sir, please let me know when you
13 see Exhibit 7.
14     A.   Okay.  I have it.
15     Q.   Okay.  Can you please take a look at
16 -- this is page 3 of the PDF, page 327 of the
17 document.
18         Do you see that?
19     A.   Yes.
20     Q.   And there's a definition on the right
21 of "grounds."
22         Do you see that definition -- or
23 several definitions?
24     A.   Yes.
25     Q.   Now, looking at the second definition

---

115

1  that's not highlighted here, the second
2  definition reads (as read):  The voltage
3  reference point in a circuit.  There may or may
4  not be an actual connection to earth, but it is
5  understood that a point in the circuit said to be
6  at ground potential could be connected to earth
7  without disturbing the operation of the circuit
8  in any way.
9          Do you see that?
10     A.   Yes, I see that.
11     Q.   So what is generally understood as the
12 actual voltage of earth in this context?
13     A.   Well, as I said, there is the notion
14 of a DC ground and then there's the notion of an
15 AC ground.  And they -- and they both are quite
16 reasonable things.  An AC ground just means that
17 there's no sinusoidal variation in -- in the
18 voltage.  So any fixed voltage.  And so it's,
19 yeah, definitely a reference point.
20     Q.   What is the typical voltage of ground
21 literally in this context?
22          MR. HEALY:  Object to the form.
23          Sorry.  Object to the form.
24          I can't tell if you heard me
25 twice.  I apologize if you did.

---

116

1           THE WITNESS:  I mean, I -- I mean, AC
2  ground can be anything.  You know, it could
3  be 15 volts.  It could be 10 volts.  DC
4  ground can usually be zero.  But it -- you
5  know, you don't know from just looking at a
6  circuit necessarily what they're talking
7  about.
8  BY MR. COOK:
9      Q.   And so focusing on the term "earth"
10 here in this definition No. 2, what is the
11 commonly understood voltage of earth?
12     A.   Well, actually, that's the reference
13 potential.  You know, a voltage means nothing,
14 right?  It's a two-terminal concept.  It's the --
15 it's the -- voltage needs a reference.  Current
16 doesn't, though.  You know, if you say there's so
17 many amps flowing, that's what it is.  This is
18 why, you know, you can jump up and grab onto a
19 600 volt line and you're totally okay unless your
20 foot touches ground.  Then you're not okay.  So
21 you know, you need that reference.  And the
22 reference can actually be anything and the
23 circuit's fine.  In other words, you can raise
24 all DC voltages by one volt in a circuit and
25 nothing will change, almost.

---

117

1      Q.   Is it fair to say that the actual
2  voltage potential of earth literally is generally
3  understood to be zero volts or near zero?
4          MR. HEALY:  Object to the form.
5          THE WITNESS:  Well, I mean, it's just
6  a reference.  And I -- you know, it's really
7  not correct to say it's zero volts because
8  that's saying that there's no difference
9  between ground potential and -- and -- and
10 something else.  But what's the something
11 else?  Because remember, volts is from one
12 terminal to another terminal.
13 BY MR. COOK:
14     Q.   Now, if we -- can you please take a
15 look, sir, at Figure 1 of the '318 patent.
16     A.   Yes.
17     Q.   Now, the output of circuit 22 at point
18 X, what is the output of circuit 22 at point X
19 supposed to be?
20     A.   Well, you want it to vary like from
21 fairly low but not too high because if you make
22 it too high, the capacitor 6, which is a reverse
23 bias diode, it will forward bias if you make that
24 too high.  So that was the -- the gist of what
25 they're trying to do here is to get X lower.  And

118

1  -- and so -- so the lowest figure on Figure 2
2  is -- you know, they want to shift that figure
3  way lower.
4          But a person of ordinary skill would
5  look at this and go, gee, anything between the
6  bottom curve and, say, halfway to the second
7  embodiment would be really good as well, maybe
8  better.  And so -- because putting it right at
9  zero, you're -- you're not -- you're -- you're
10 always going to be negative and possibly
11 substantially -- somewhat substantially so.
12     Q.   Now, if the ground above resistor 12
13 was an AC grounds, would that have an effect --
14 would that have an effect on the voltage at
15 point X?
16     A.   Well, it -- it would be quite fine.
17 You know, you would want that to be an AC ground
18 at the top of 12 in any event.
19     Q.   Would an AC ground at the top of
20 resistor 12 have any effect on the voltage at
21 point X?
22     A.   Not the fact that it's AC ground, no.
23     Q.   If the ground above resistor 12 was an
24 AC ground, would that cause the voltage at point
25 X to alternate?

119

1      A.   No.
2      Q.   If we replaced all three grounds shown
3  in Figure 1 with AC grounds, would that affect
4  the voltage at point X?
5      A.   No, because -- yeah, it's -- there's
6  no variation.  So that's fine.
7      Q.   Does the '318 patent provide any
8  specific teaching on an AC grounds?
9      A.   Well, it's a very common concept for
10 analog circuits.  And this certainly has an
11 element of analog circuit design in it.
12          MR. COOK:  Why don't we do this,
13 Doctor, let's do a ten-minute break this
14 time if that works for you.  And we can come
15 back on and see where we are.
16          THE WITNESS:  Okay.
17          THE VIDEOGRAPHER:  Going off the
18 record at 4:55 p.m.
19          (Whereupon, a recess was taken
20          from 4:55 p.m. to 5:06 p.m.)
21          THE VIDEOGRAPHER:  Back on the record
22 at 5:06 p.m.
23          MR. COOK:  Dr. Sechen, I appreciate
24 your time today.  Unless there's anything
25 from your counsel, that's all the defendants

120

1  have for now.  So thank you.
2          THE WITNESS:  Okay.  All right.
3  Thanks.
4          MR. HEALY:  Nothing from my side.
5          Thank you, Dr. Sechen.
6          THE WITNESS:  Okay.  All right.  I
7  guess I'll just log out then.
8          MR. HEALY:  Yeah.  I think you're
9  done.  Thank you very much, Dr. Sechen.
10         THE VIDEOGRAPHER:  We're off the
11 record at 5:07 p.m.
12         (Time concluded:  5:07 p.m.)

121

1  STATE OF ILLINOIS  )
2                     ) SS:
3  COUNTY OF COOK     )
4
5      I, Janice M. Kocek, CSR, CLR, No. 084-002871,
6  do hereby certify:
7      That the foregoing remote deposition of
8  CARL SECHEN, PH.D., was taken at the time and
9  place therein set forth, at which time the
10 witness was put under oath remotely by me;
11     That the testimony of the witness and
12 all objections made at the time of the
13 examination were recorded stenographically by me,
14 were thereafter transcribed under my direction
15 and supervision, and that the foregoing is a true
16 record of same.
17     I further certify that I am neither
18 counsel for nor related to any party to said
19 action, nor in any way interested in the outcome
20 thereof.
21     IN WITNESS WHEREOF, I have subscribed my
22 name this 26th day of September, 2021.
23
24     _____
       JANICE M. KOCEK
25     CSR NO. 084-002871

```
                                                            122
 1           ACKNOWLEDGMENT OF DEPONENT
 2       I, _____, do hereby
 3   acknowledge that I have read and examined the
 4   foregoing testimony, and the same is a true,
 5   correct and complete transcription of the
 6   testimony given by me, and any corrections appear
 7   on the attached Errata Sheet signed by me.
 8
 9
10
11   _____  _____
12    (DATE)        (SIGNATURE)
13
14
15   NOTARIZATION (If Required)
16   State of _____
17   County of _____
18   Subscribed and sworn to (or affirmed) before me
19   on this _____ day of _____,
20   20____, by _____, proved
21   to me on the basis of satisfactory evidence to be
22   the person who appeared before me.
23
24   Signature: _____
25        (SEAL)
```