# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED § | |
| § | |
| v. § | Case No. 2:21-CV-00054-JRG-RSP |
| § | |
| VOLKSWAGEN AG, et al. § | |

## JOINT AGREED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Arigna Technology Limited and Defendants Volkswagen AG; Volkswagen Group of America, Inc.; Bayerische Motoren Werke AG; BMW of North America, LLC; Daimler AG; Mercedes-Benz USA, LLC; Nissan Motor Co., Ltd.; Nissan North America, Inc.; Tesla, Inc.; Tesla Motors TX, Inc.; Toyota Motor Corporation; Toyota Motor North America, Inc.; General Motors LLC; Continental AG; Conti Temic Microelectronic GmbH; and ADC Automotive Distance Control Systems GmbH jointly move to amend the Docket Control Order as follows:

The claim construction hearing in this matter was originally scheduled for November 10, 2021. [Dkt. 200]. It was re-set to December 17, 2021, and then re-set again to January 21, 2022. [Dkt. 388]. The Court Order regarding the latter also extended the deadlines for fact discovery, motions to compel, expert disclosures, and expert discovery for 30 days each. *Id*. Given the extension of discovery and expert deadlines, the parties believe good cause exists to amend the remaining deadlines in the DCO as follows: [1]

| | **Current Date** | **Proposed Date** |
|---|---|---|
| *Jury Selection – 9:00 a.m. in **Marshall, Texas** | May 23, 2022 | Same |
| * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly | April 25, 2022 | Same |

---

[1] Defendants contend the jury selection date will need to be extended as well but agree with Plaintiff to amend the dates as indicated at this stage of the case.

| | | |
|---|---|---|
| submitted to the Deputy Clerk in Charge by this date. | | |
| *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne | April 19, 2022 | May 3, 2022 |
| *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. | April 13, 2022 | May 2, 2022 |
| *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations | April 11, 2022 | April 29, 2022 |
| *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. | April 4, 2022 | Same |
| File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. | March 28, 2022 | April 22, 2022 |
| Serve Objections to Rebuttal Pretrial Disclosures | March 28, 2022 | April 22, 2022 |
| Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures | March 21, 2022 | April 15, 2022 |
| Serve Pretrial Disclosures (Witness List, Deposition Designations, and | March 7, 2022 | April 1, 2022 |

| | | |
|---|---|---|
| Exhibit List) by the Party with the Burden of Proof | | |
| *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. | February 28, 2022 | March 28, 2022 |
| *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a Daubert motion) may be filed after this date without leave of the Court. | February 14, 2022 | March 14, 2022 |
| *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. | February 14, 2022 | March 14, 2022 |

A proposed Amended Docket Control Order is submitted herewith.

Dated: January 6, 2022

Respectfully submitted,

/s/ *Tonya M. Gray*
Tonya M. Gray (State Bar No. 24012726)
tonyagray@HuntonAK.com
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Tel: (214) 979-3000
Fax: (214) 880-0011

Michael A. Oakes (VA Bar No. 47245)
moakes@HuntonAK.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 778-2201

George E. Badenoch (NY Bar No. 1165323)
(to be admitted pro hac vice)
gbadenoch@HuntonAK.com
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000
Fax: (212) 309-1100

*Attorneys for Defendants*
*Toyota Motor Corporation and*
*Toyota Motor North America, Inc.*

 /s/ *Andrew J. Koopman w/ permission*
Andrew J. Koopman
Christopher H. Blaszkowski
RatnerPrestia
2200 Renaissance Blvd. Ste. 350
King of Prussia, PA 19406
Telephone: 610-407-0700
Facsimile: 610-407-0701
akoopman@ratnerprestia.com
cblaszkowski@ratnerprestia.com

J. Thad Heartfield
Texas Bar No. 09346800
The Heartfield Law Firm

2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789
thad@heartfieldlawfirm.com

*Attorneys for Defendants, Continental AG, Conti Temic Microelectronic GmbH, and ADC Automotive Distance Control Systems GmbH*

/s/ Elliot C. Cook w/ permission
Eric H. Findlay (TX Bar No. 00789886)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com

Elliot C. Cook
Alexander M. Boyer
Matthew S. Johnson
Finnegan, Henderson, Farabow, Garrett & Dunner,
LLP
11955 Freedom Drive, Reston, VA 20190-5675
Tel: (571) 203-2738
Fax: (202) 408-4400
elliot.cook@finnegan.com
alexander.boyer@finnegan.com
matt.johnson@finnegan.com

Gerald F. Ivey
J. Preston Long
Finnegan, Henderson, Farabow, Garrett & Dunner,
LLP
901 New York Ave., N.W.
Washington, D.C. 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400
gerald.ivey@finnegan.com
j.preston.long@finnegan.com

COUNSEL FOR DEFENDANTS VOLKSWAGEN AG and

VOLKSWAGEN GROUP OF AMERICA, INC.

*/s/ Celine J. Crowson w/ permission*
Celine J. Crowson
Joseph J. Raffetto
Hogan Lovells US LLP
555 Thirteenth St, NW
Washington, DC 20004
Telephone: (202) 637-5703
Facsimile: (202) 637-5910
Email: celine.crowson@hoganlovells.com
Email: joseph.raffetto@hoganlovells.com

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Defendants Daimler G and Mercedes-Benz USA, LLC.*

*/s/ Lionel M. Lavenue w/ permission*
Lionel M. Lavenue
Virginia Bar No. 49,005
Bradford Schulz
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Phone: (571) 203-2700
Fax: (202) 408-4400

R. Benjamin Cassady
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, D.C. 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

ATTORNEYS FOR DEFENDANTS

BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

*/s/ Patrick A. Lujin w/ permission*
Patrick A Lujin, MO State Bar No.: 41392
Mary J. Peal, MO State Bar No.: 62217
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613
Phone: 816-474-6550
Fax: 816-421-5547
plujin@shb.com
mpeal@shb.com

David W. Morehan
TX State Bar No.: 24065790
SHOOK HARDY & BACON LLP
JP Morgan Chase Tower
600 Travis St., Ste. 3400
Houston, TX 77002
Phone: 713-227-8008
Fax: 713-227-9508
dmorehan@shb.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

COUNSEL FOR DEFENDANTS NISSAN NORTH AMERICA, INC. AND NISSAN MOTOR CO., LTD.

*/s/ Marissa Ducca w/ permission*
Victoria F. Maroulis (admitted to practice in the Eastern District of Texas)
Lead Trial Counsel
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood City, CA 94065

Telephone: (650) 801 5000
Facsimile: (650) 801 5100

Marissa Ducca (admitted to practice in the Eastern District of Texas)
marissaducca@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St NW, Suite 900
Washington, D.C. 200005
Telephone: (202) 538 8000
Facsimile: (202) 538 8100

G. Blake Thompson (State Bar No. 24042033)
blake@themannfirm.com
J. Mark Mann (State Bar No. 12926150)
mark@themannfirm.com
MANN TINDEL THOMPSON
201 E. Howard St.
Henderson, TX 75654
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Counsel for Defendant General Motors LLC

FISH & RICHARDSON P.C.

By: */s/ Daniel R. Gopenko w/ permission*
Ruffin B. Cordell
Texas Bar No. 04820550
cordell@fr.com
Daniel R. Gopenko
Virginia Bar No. 83932
gopenko@fr.com
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Aamir A. Kazi
Georgia Bar No. 104235
kazi@fr.com
1180 Peachtree Street, NE, 21st Floor
Atlanta, Georgia 30309
Telephone: 404-724-2811
Facsimile: 404-892-5002

Matthew A. Colvin
Texas Bar No. 24087331
colvin@fr.com
Michael A. Vincent
Texas Bar No. 24105738
vincent@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

COUNSEL FOR DEFENDANTS
TESLA, INC. AND TESLA MOTORS TX, INC.

Respectfully submitted,

*/s/ Matthew R. Berry w/ permission*
Matthew R. Berry
Email: mberry@susmangodfrey.com
Rachel S. Black
Email: rblack@susmangodfrey.com
Andres Healy
Email: ahealy@susmangodfrey.com
John E. Schiltz
Email: jschiltz@susmangodfrey.com
Nicholas Crown
Email: ncrown@susmangodfrey.com
Danielle Nicholson
Email: dnicholson@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, TX 98101-3000
Phone: (206) 516-3880
Fax: (206) 516-3883

*Of Counsel:*

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com

Charles Everingham IV  
Texas State Bar No. 00787447  
E-mail: ce@wsfirm.com  
**WARD, SMITH & HILL, PLLC**  
1507 Bill Owens Parkway  
Longview, TX 75604  
Phone: (903) 757-6400  
Fax: (903) 757-2323  

*Attorneys for Arigna Technology Limited*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for all parties have conferred and the relief sought herein is agreed to by all parties.

*/s/ Tonya M. Gray*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 6th day of January, 2022.

*/s/ Tonya M. Gray*

119625.0000006 EMF_US 88043778v2