IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARIGNA TECHNOLOGY LIMITED, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:21-cv-00054-JRG-RSP |
| VOLKSWAGEN AG, ET AL. | § § § | |
| *Defendants*. | § | |

## ORDER

Considering the likelihood of additional guidance on related venue issues, and for the reasons assigned in *Arigna Technology Ltd. v. Bayerische Motoren Werke AG, et al.*, Civil Action 2:21-cv-0172 (Dkt. No. 179), this action is **STAYED** until further order.

**SIGNED this 2nd day of February, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE